UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tampa Division

## CIVIL RIGHTS COMPLAINT FORM

Charles Braxton, DC#107687

CASE NUMBER: 8:21 cv 2627 KKM SPF
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and Prison number, if applicable)

v.

Yellowstone Landscape Company

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right). /

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. _____

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                1

A. Have you initiated other lawsuits in state court dealing with the same or similar fact involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( )   No (X)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( )   No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): NOT APPLICABLE

   Defendant(s): NOT APPLICABLE

2. Court (if federal court, name the district; if state court, name the county):

   NONE

3. Docket Number: NONE

4. Name of judge: NONE

5. Briefly describe the facts and basis of the lawsuit: NONE

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   NONE

7. Approximate filing date: NONE

8. Approximate disposition date: NONE

DC 225 (Rev 2/2012)  2

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case: __NONE_____

_____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

    A. Name of Plaintiff: _CHARLES BRAXTON, DC# 107687_____

        Mailing address: __LAWTEY C.I._____

        _____P.O. BOX 2000, LAWTEY, FLORIDA 32058_____

    B. Additional Plaintiffs: _N/A_____

_____

_____

In part C of this section, indicate the full name of the fist named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions, and places of employment:

    C. Defendant: _YELLOW STONE LANDSCAPE COMPANY_____

        Mailing address: __6108 33rd STREET EAST, BRADENTON, FLORIDA 34203

_____

        Position: _OWNER_____

        Employed at: _____

    D. Defendant: _____

        Mailing Address: _____

Position: _____

Employed at: _____

E. Defendant: _____

Mailing address: _____

_____

Position: _____

Employed at: _____

F. Defendant: _____

Mailing address: _____

_____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing address: _____

_____

Position: _____

Employed at: _____

V.  STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

  See Continuation Page 5-A

VI.  STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

  1. Name and position of person(s) involved.
  2. Date(s).
  3. Place(s).
  4. Fact(s) or event(s) giving rise to your claim, including involvement or each defendant.
  5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

  Statement of Facts:

1.  On or about January 13, 2020, the Plaintiff sent a letter to Yellowstone Landscape Company in regards to his payroll check had been received; because had been arrested and convicted was incarcerated; id. at Exhibit (A). But Plaintiff having advised the Defendant Yellowstone Landscape that he had received his W-2 for Yellowstone Landscape Company.

2.  On or about February 4, 2020, the Defendant's sent their letter of response to Plaintiff's inquiry into missing payroll check that he never received; the Defendant sent a verified copy of the Plaintiff's payroll drafted check in amount of $367.67 U.S. dollars. See Exhibit (B).

DC 225 (Rev 2/2012)                 5

<u>Continuation Page 5-A</u>

<u>Claim One</u>: <u>The Plaintiff asserts that the Defendant Yellowstone Landscape Company who conduct business within State of Florida; that the Yellowstone and its employees whom has in fact committed Tort Act against the Plaintiff, having knowing and intentionally when releasing his payroll check for the amount of: Three Hundred Sixty-Seven and Sixty-Seven Cents, $367.67 id. at Exhibit (B) from employment with the company; the Defendant's acts of negligence and/or wrongful act or omission of its employees release of payroll check owed to Plaintiff to an unauthorized and/or un-designated or un-assigned person was in fact done without his consent and/approval; the Defendant's action of release Plaintiff's payroll check has in fact caused him to suffer a loss of property being this payroll check; that the Plaintiff has in fact never received the payroll check being a direct result of the Defendant's un-authorized release to an unappointed person; id. at Exhibit (A). However, prior to hiring of Plaintiff the Defendant was in fact provided with an forwarding address on his application; id. at Ex. (A). The Defendant's action as stated above id. has in fact caused themselves to be submitted to court's jurisdiction; Here, the Defendant's was in fact given notice of intent to cause of action as a tort claim to recover owed amount id. State above herein.</u>

3. On or about April 28, 2020, the Plaintiff sent a letter to the Bank of America, financial center in regards to his payroll check from Yellowstone Landscape Company; that the Yellowstone Landscape Company and/or its employees had in fact released Plaintiff payroll check to Ms. Yolanda Watson; However, the Plaintiff advised Bank of America that Ms. Watson whom he shared a joint account with had in fact forged his signature and he looked for a confirmation of payroll check deposit. Id. at Exhibit (C). That the payroll check was in amount of $367.67 U.S. dollars.

4. On or about February 23, 2021, the Plaintiff sent the Complaint or letter to City of Bradenton Police Department, Fraud Division; id. at Exhibit (D). The complaint or letter informed the Department of Plaintiff's desire to press charges for theft of his payroll check from Yellowstone Landscape Company; that the Plaintiff signature had in fact been forged without his consent; id. at Exhibit (B). The Plaintiff informed the Fraud division of his learning of said theft and forgery after his arrest on 27th day of July 2018, that lead to his current incarceration in the Department of Correction for State of Florida.

5. On March 4, 2021, the Plaintiff mailed second letter to Bank of America for customer service in regards to his payroll check from Yellowstone Landscape Company; id. at Exhibit (E). Further, informing the Bank of America that the desire to bring criminal charges against Ms. Watson for that and forgery of payroll check.

6. On July 22, 2021, the Plaintiff filed his Notice of Intent to sue on the Defendant for neglect handling of personal property being owed payroll check for the amount of $367.67 causing a loss of property by Defendant's due to their unauthorized release of his payroll check. Id. at Exhibit (F).

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

PUNATIVE DAMAGES: to be reimburse for loss of earned wage in amount of: 367.67 And: to be award for Defendants acts of reckless discharge and/or release of personal property being payroll check causing intentional infliction of emotional distress for amount of: $1,500. U.S. dollars And to be award for cost of legal fee, paralegal fees in amount of: $1,200 U.S. dollars.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 22 day of 11 Oct , 21 .

*Charles Bryant*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**
I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 22 day of Out 11 , 20 21 .

DC 225 (Rev 2/2012)   7

EXHIBIT (A)

1-13-20

To whom it may concern:

I work for the company from 7-22-18 to 7-25-18, and never received my pay check for the week cause I went to jail. I did received my w-2 form and not my check. I put the mailing address on where to send my check when I did my application and I'm asking that you send my pay check please to the following address:

Charles Braxton
300 11th Street Drive West
Palmetto, Florida. 34221.

thanks for your help on the matter.

Charles Braxt

Check Image Print View                                                         Page 1 of 1



**Wells Fargo — Transaction Search**

ATTn: Charles Braxton

Here is proof that the paycheck you recieved for the work preformed at Yellowstone Landscape during your employment was cashed.

Thank you

### Images

Date/Time Printed: 02/04/2020, 8:45 AM PST
Check 12528 - 367.87 USD





### Item Details

| | |
|---|---|
| Account Number | 4068129824 |
| Account Name | ALSW Payroll |
| Check | 12528 |
| Amount | 367.87 USD Debit |
| Status | Check Paid |
| Posting Date | 08/03/2018 |
| As of Date | 08/03/2018 |
| Item Sequence Number | 008417690375 |
| Bank ID | 121000248 |

EXHIBIT (B)

https://wellssuite.ceo.wellsfargo.com/tsearch/imagePrint?                         2/4/2020

EXHIBIT (C)

Legal Mail
Provided to
Blackwater River Correctional
and Rehabilitation Facility
on 2/23/21 for mailing. ___
Initials
INMATE COPY

February 22, 2021

City of Bradenton Police Dept.
100 10th street W.
Bradenton, FL, 32505

Charles Braxton #107687
Blackwater River Correctional and Rehabilitation Facility
5914 Jeff Ates Road
Milton, FL., 32583

RE: Letter of Inquiry (Att: Fraud Division)

Dear Investigator(s)

    To date this is my second letter to your office. The purpose of these letters is to report a crime that was perpetrated against me while I am incarcerated. I have notified the State's Attorney and the Office of the State Wide Prosecutor and was advised to contact your office first. To begin I was employed with Yellowstone Landscape, 6108 33rd street East, Bradenton, FL., 34203 from July 22, 2018 until July 25, 2018. I was arrested on July 27, 2018 which effectivly ended my employment with the company. Now the issue has to

my copy

EXHIBIT (C)

do with my final paycheck from the company. Instead of mailing my paycheck to the address on my application, the company gave my final check to Yolanda Watson, 1002 2nd street West, Bradenton, FL., 34205. On January 13, 2020 I wrote Yellowstone Landscape (see attached) and was informed that my check was picked up and cashed. I also received a copy of the check which was signed by Yolanda Watson with my name forged on it as well (see attached). The bank will be able to confirm that it is not my signature. I was arrested on July 27, 2018 and I could not have cashed it. I would like to formally press charges so I can be reimbursed. Thank you for your time.

/s/ Charles Braxton
Charles Braxton DC# 107687
Blackwater River Correct. and Rehab. Facility
5914 Jeff Ates Road
Milton, FL, 32583

C.C.: Office of the State Attorney; Office of the State Wide Prosecutor.

EXHIBIT (D)

**Bank of America**

Palma Sola

Financial Center

7412 Manatee Ave.W98

Bradenton, FL 34209

Legal Mail
Provided to
Blackwater River Correctional
and Rehabilitation Facility
on 11/08/20 for mailing.
Initials

March 12, 2020

Dear Customer Service:

This correspondence has been prompted by my uncovering of a fraud perpetrated against me and your bank. To explain, I wrote my employer: Yellowstone Landscape (See Attached) about their failure to mail me my last paycheck before I was (unfortunately) arrested; affectively ending my employment. Well, Yellowstone Landscape wrote me back informing me that my last paycheck had been cashed while sending me a copy of the front and back of the check in question (please see attached). But the back of the check shows my forged signature and the signature of Yolanda Watson. In short, I did not authorize my signature. Your bank will be able to confirm that the signature on the back of the check does not match the signature you have on record. That said, under the circumstances, I respectfully request that your bank reimburse me the $367.87 that I never received as a result of the condition I've explained.

Sincerely yours,

_____

Charles Edward Braxton
Bank Customer
DC# A3-212U
Blackwater River C&R Facility
5914 Jeff Ates Road
Milton, Florida 32583

EXHIBIT E

March, 4 2021

Bank of America
Financial Center
4311 Manatee Ave. W
Bradenton, FL, 34209

Charles Braxton #107687
Blackwater River Corr. and Rehab. Facility
5914 Jeff Ates Road
Milton, Fl., 32583

RE: FORGED CHECK

Dear Customer Service,

    This is my second attempted to contact your Dept. in regards to my paychecked being forged and cashed at your Bank. (see attached copy). As I explained in my previous letter to your other customer service Dept. I was arrested on July 27, 2018 bringing my employment with Yellowstone Landscape to a conclusion. I was unable to obtain my last and Final paycheck from the company. Instead of mailing the check they relaned it to Yolanda Watson who forged my signature and cashed it while I was, an still am incarcerated. I have notified the State's Attorney's Office, The Office of the State Wide Prosecutor, and the City of Bradenton Police Dept. to have this matter prosecuted to the fullest extent possible and be reimbursed the amount of the check in question. Once again at no time whatsoever was Yolanda Watson given permission to forge and cash this check. Your help in this matter will be greatly appriciated.

/s/ _____
Charles Braxton DC# 107687

EXHIBIT F

## NOTICE OF INTENT

Date:

From: Charles Braxton
DC# 107687
Blackwater River Corr. Facility
5914 Jeff Ates Road
Milton, Florida 32583

Legal Mail
Provided to
Blackwater River Correctional
and Rehabilitation Facility
on 7/23/21 for mailing. JH
Initials

INMATE COPY

To: Yellowstone Landscape
6108 33rd St. East
Bradenton, FL, 34203

**PLEASE TAKE NOTICE** pursuant to §§ 766.106 & 768.28 Fla. Stat. that the undersigned does intend to file a civil complaint against:

Yellowstone Landscapeing's Financial Affairs Office.

The affiant serves notice to inform Yellowstone Landscape that he is preparing litigation against it and/or the following employees:

1. Chief Financial Officer
2.
3.
4.
5.
6.

In accordance with §§ 766.106 & 768.28, Fla. Stat. I hereby register this complaint with your office. Pursuant to all applicable law dealing with the requisite statutory notice, I hereby request all discoverable information in the possession of or obtained by your office to be made available without formal discovery. Said information is to be forwarded by U.S. Mail to the above address.

The undersigned intends to file suit based upon the following facts:

I was employed by your company from July 22, 2018 until July 25, 2018. My employment ended when I was arrested and taken to jail on July

my copy

EXHIBIT (F)

27, 2018 . I was unable to receive my last paycheck due to these unfortunate circumstances. Upon my employment I provided my home address with all pertenent information. I never signed a release form or gave information to indicate I would like my paycheck to be given to anyone. This check should of been mailed out to the address provided along with my W2 form which I received. Instead Your office gave my paycheck to Yolanda Watson of: 1002 2nd St. West, Bradenton, FL, 34205 in which she forged my signature on it and cashed it. Your office is completly Liable in that I never gave anyone permission to pick-up my check or to give my check to anyone. I am seeking to be reimbursed the 362.87 that was stolen and that your office gave to someone else.

Respectfully,

/s/ Charles Brayton